IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESUS CHAVEZ ESPINOZA, ) | |
| ) | |
| Petitioner, ) | |
| ) | Case No. 3:24-cv-189J |
| v. ) | Judge Stephanie L. Haines |
| ) | |
| MICHAEL UNDERWOOD, *Warden*, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM ORDER

Petitioner Jesus Chavez Espinoza ("Petitioner") is a federal prisoner currently incarcerated at the Federal Correctional Institution at Loretto ("FCI Loretto") in Cresson, Pennsylvania. On August 9, 2024, Petitioner commenced this action by filing a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. The operative Petition is filed at ECF No. 8 and supplemented at ECF No. 17.

In the Petition, Petitioner attacks the decision made by the Federal Bureau of Prisons (the "BOP") to refuse to apply Earned Time Credits ("ETCs") under the First Step Act ("FSA"), Pub. L. No. 115-391, 132 Stat. 5208 (2018), to Petitioner's sentence. ECF No. 8, p. 4. The BOP asserts that it refused to apply ETCs to Petitioner's sentence because he is subject to a final order of removal. *Id.*; *see also* ECF No. 8-1, p. 3; ECF No. 8-2, p. 1. That order of removal is a "Final Administrative Removal Order," dated December 22, 2023; it was issued pursuant to INA § 238, 8 U.S.C. § 1228(b)—a provision of the immigration laws enumerated in 8 U.S.C. § 1101(a)(17) and, therefore contemplated by 18 U.S.C. § 3624(g)(1)(B). ECF No. 14-5, p. 2. Therein, a Department of Homeland Security officer[1] found that Petitioner was not a citizen or national of

---

[1] Section 1228(b) permits removal of an alien without a hearing before an Immigration Judge. 8 U.S.C. § 1228(b)(1) and (4); *see also* 8 C.F.R. § 238.1.

the United States or lawfully admitted to the United States for permanent residence, had been convicted of an aggravated felony as defined under 8 U.S.C. § 1101(a)(43)(U), and was deportable pursuant to 8 U.S.C. § 1227(a)(2)(A)(iii).[2] ECF No. 14-5 at 2.

On March 6, 2025, United States Magistrate Judge Maureen Kelly issued a Report and Recommendation recommending that the Petition, ECF No. 8, as supplemented, ECF No. 17, be denied. ECF No. 20, p. 1. Petitioner responded with Objections on March 20, 2025. ECF No. 20. The Objections largely reiterating the issues raised in his underlying Habeas Petition were addressed in Magistrate Judge Kelly's Report and Recommendation.

Additionally before this Court is Petitioner's "Petition for Writ of Mandamus," ECF No. 18, in which he relies on an apparent typographical error in Respondent's Answer for the proposition that he is entitled to a projected release date of March 2, 2025. *Id.* at p. 2; *see also* ECF No. 14, pp. 1–2. However, the evidence cited in the Answer as underlying the March 2, 2025, projected release date, states that Petitioner has a projected release date of November 3, 2025, should he receive "all good conduct time available to him." ECF No. 14-1, p. 3; ECF No. 14-2, p. 2. Accordingly, the typographical error in the Answer provides no basis for relief, and the same will be denied.

---

[2] 8 U.S.C. § 1101(a)(43) states, in pertinent part:

> (43) The term "aggravated felony" means—
>
> \*\*\*
>
> (B) illicit trafficking in a controlled substance (as defined in section 802 of Title 21), including a drug trafficking crime (as defined in section 924(c) of Title 18);
>
> \*\*\*
>
> (U) an attempt or conspiracy to commit an offense described in this paragraph.

Accordingly, after *de novo* review of the pleadings and documents in the case, together with the Petition, ECF No. 8, as supplemented, ECF No. 17, the Report and Recommendation, ECF No. 20, Petitioner's Objections, ECF No. 21, and Petitioner's Petition for Writ of Mandamus, ECF No. 18, the following order is entered:

## ORDER OF THE COURT

AND NOW, this 6th day of November 2025, IT IS HEREBY ORDERED that Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, ECF No. 8, as supplemented, ECF No. 17, is DENIED.

IT IS FURTHER ORDERED that the Magistrate Judge's Report and Recommendation, ECF No. 20, as it is supplemented by this Order, is adopted as the Opinion of this Court.

IT IS FURTHER ORDERED that Petitioner's Petition for Writ of Mandamus, ECF No. 18, is DENIED.

BY THE COURT:

STEPHANIE L. HAINES
UNITED STATES DISTRICT JUDGE

cc:   The Hon. Maureen P. Kelly
      United States Magistrate Judge

Jesus Chavez Espinoza
24234-111
Loretto
Federal Correctional Institution
Inmate Mail/Parcels
P.O. Box 1000
Cresson, PA 16630

All counsel of record (*via* CM/ECF)